**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

___Middle___ District of ___Tennessee___
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Curae Health Inc. |

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

    4  7  _  2  2  7  5  6  3  8

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1721 Midpark Road, Suite B200 | |
| Number        Street | Number        Street |
| | P.O. Box |
| Knoxville              TN       37921 | |
| City              State     ZIP Code | City              State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Knox | |
| County | Number        Street |
| | |
| | City              State     ZIP Code |

5. **Debtor's website** (URL)   www.curaehealth.org

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

Case 3:18-bk-05665    Doc 1    Filed 08/24/18    Entered 08/24/18 15:32:16    Desc Main
Document      Page 1 of 14

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>6</u>   <u>2</u>   <u>2</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY

           District _____  When _____  Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  See Attachment _____  Relationship _____

           District _____  When _____
                                              MM / DD / YYYY

           Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

       Number        Street

       _____

       City                    State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

       Contact name _____

       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Case 3:18-bk-05665    Doc 1    Filed 08/24/18    Entered 08/24/18 15:32:16    Desc Main
Document     Page 3 of 14

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ▬ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☒ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/24/2018
             MM / DD / YYYY

✗ _/s/ Stephen Clapp_____       Stephen Clapp
Signature of authorized representative of debtor       Printed name

Title   Chief Executive Officer

**18. Signature of attorney**

✗ _/s/ Michael Malone_____     Date   08/24/2018
Signature of attorney for debtor                      MM / DD / YYYY

Michael Malone
Printed name

Polsinelli P.C.
Firm name

401 Commerce Street, Suite 900
Number       Street

Nashville                  TN      37219
City                        State    ZIP Code

(615) 259-1567           mmalone@polsinelli.com
Contact phone                   Email address

031219                      TN
Bar number                      State

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Curae Health, Inc., | ) | Case No. 18-_____ |
| Amory Regional Medical Center, Inc., | ) | Case No. 18-_____ |
| Batesville Regional Medical Center, Inc., | ) | Case No. 18-_____ |
| Clarksdale Regional Medical Center, Inc. | ) | Case No. 18-_____ |
| Amory Regional Physicians, LLC | ) | Case No. 18-_____ |
| Batesville Regional Physicians, LLC | ) | Case No. 18-_____ |
| Clarksdale Regional Physicians, LLC | ) | Case No. 18-_____ |
| | ) | |
| 1721 Midpark Road, Suite B200 | ) | Judge _____ |
| Knoxville, TN 37921 | ) | |
| Debtors. | ) | |

**Attachment to Voluntary Petition for Non-Individuals Filing For Bankruptcy**
**(Curae Health, Inc.)**

Response to Question No. 10

Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

| DEBTOR | Amory Regional Medical Center, Inc.<br>Batesville Regional Medical Center, Inc.<br>Clarksdale Regional Medical Center, Inc. |
|---|---|
| **RELATIONSHIP** | Sole Member and Sponsor |
| **DISTRICT** | Middle District of Tennessee (Nashville Division) |
| **WHEN** | 08/24/2018 |
| **CASE NUMBER, IF KNOWN** | |

## JOINT RESOLUTIONS OF
## THE BOARD OF DIRECTORS OF
## CURAE HEALTH, INC.,
## AMORY REGIONAL MEDICAL CENTER, INC.,
## AMORY REGIONAL PHYSICIANS, LLC,
## BATESVILLE REGIONAL MEDICAL CENTER, INC.,
## BATESVILLE REGIONAL PHYSICIANS, LLC,
## CLARKSDALE REGIONAL MEDICAL CENTER, INC., AND
## CLARKSDALE REGIONAL PHYSICIANS, LLC

### August 23, 2018

Under the provisions of the Charters and Bylaws of Curae Health, Inc., Amory Regional Medical Center, Inc., Batesville Regional Medical Center, Inc., and Clarksdale Regional Medical Center, Inc., each a nonprofit corporation duly organized and validly existing under the laws of the State of Tennessee and the Tennessee Nonprofit Corporation Act, as amended, and the Articles of Organization of Amory Regional Physicians, LLC, Batesville Regional Physicians, LLC, and Clarksdale Regional Physicians, LLC, each a limited liability company organized and validly existing under the laws of the State of Tennessee and the Tennessee Revised Limited Liability Company Act, as amended (collectively, the "Company"), the Board of Directors of the Company (the "Directors") do hereby adopt the following joint resolutions at the duly held meeting on the date set forth above:

**WHEREAS**, the Directors considered presentations by management and the financial and legal advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the effect of the foregoing on the Company's business; and

**WHEREAS**, the Directors have had the opportunity to consult with the management and the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company.

**NOW, THEREFORE, IT IS**

**RESOLVED**, that in the judgment of the Directors, it is desirable and in the best interests of the Company, the communities served by the Company, its creditors, and other parties in interest, that the Company shall be and hereby is authorized to file or cause to be filed voluntary petitions for relief for the Company (collectively referred to herein as the "Chapter 11 Cases") under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court"); and it is further

**RESOLVED**, that any officer of the Company (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are, authorized, empowered and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and it is further

**RESOLVED**, that the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized, empowered and directed to certify the authenticity of these resolutions; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of POLSINELLI PC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of POLSINELLI PC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of GLASSRATNER ADVISORY & CAPITAL GROUP LLC ("GLASSRATNER") to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of GLASSRATNER; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of EGERTON MCAFEE ARMISTEAD & DAVIS, P.C. ("EGERTON") as special counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all action to advance the Company's right and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of EGERTON; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of BMC GROUP, INC. ("BMC") as notice, claims, and balloting agent and as administrative advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of BMC; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ the firm of MORGAN STANLEY ("MORGAN STANLEY") to represent the Company and market the Company to potential purchasers, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an

appropriate application for authority to retain the services of MORGAN STANLEY; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each of the Authorized Officers be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such cases; and it is further

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it is further

**RESOLVED**, that all Directors of the Company have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice; and it is further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution of the Directors; and it is further

**RESOLVED**, that each of the Authorized Officers (and their designees and delegates) be and hereby are authorized and empowered to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Authorized Officer shall deem necessary or desirable in such Authorized Officers' reasonable business judgment as may be necessary or appropriate to effectuate the purposes of the transactions contemplated herein.

1460684v5

64900539.3

Presented at this joint meeting of the Directors, held on the 23rd day of August, 2018, and passed and approved on the same date.

**IN WITNESS WHEREOF**, the undersigned have executed this Joint Resolution effective as of the date first set forth above.

**CURAE HEALTH, INC.**

By: _Stot Niller_

Name: Stephen N. Clapp

Title: President

**AMORY REGIONAL MEDICAL CENTER, INC.**

By: _Stph N. Clan_

Name: Stephen N. Clapp

Title: President

**AMORY REGIONAL PHYSICIANS, LLC**

By: _Stephe N. Clan_

Name: Stephen N. Clapp

Title: President

**BATESVILLE REGIONAL MEDICAL CENTER, INC.**

By: _Stph N. Clan_

Name: Stephen N. Clapp

Title: President

**BATESVILLE REGIONAL PHYSICIANS, LLC**

By: _Stph N. Clan_

Name: Stephen N. Clapp

Title: President

**CLARKSDALE REGIONAL MEDICAL CENTER, INC.**

By: _Stephen N. Clapp_

Name: _Stephen N. Clapp_

Title: _President_

**CLARKSDALE REGIONAL PHYSICIANS, LLC**

By: _Stephen N. Clapp_

Name: _Stephen N. Clapp_

Title: _President_

## CERTIFICATE

As Chief Financial Officer and Treasurer of the Company, I hereby certify that the above Resolutions were presented at the joint meeting of the Directors on the 23rd day of August, 2018; that a quorum was present; that the vote on the adoption of the Joint Resolutions was taken openly and the Directors duly approved the Joint Resolutions; that said meeting was held at a specified time and place; that notice was duly given or waived, and that the meeting was called and held in strict accordance with the provisions of the applicable Bylaws of such entities.

**IN WITNESS WHEREOF**, I have executed this Certificate, as of the 23RD day of August, 2018.

_Tim S Brown_

Tim Brown, Chief Financial Officer and Treasurer

1460684v5

64900539.3

Fill in this information to identify the case:

Debtor name:  Curae Health, Inc., et al.

United States Bankruptcy Court for the:  Middle District of Tennessee

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Community Health Systems 4000 Meridian Blvd. Franklin, TN 37067 | Terry Hendon 615-465-7110 | Loan | Disputed | | | $28,609,418.82 |
| 2 | Medhost 2739 Momentum Place Chicago, IL 60689-5327 | Tara Mauldin 615-761-2386 tara.mauldin@medhost.com | Trade Debt | | | | $3,408,652.74 |
| 3 | Mississippi Emergency Physician Services, LLC 200 Corporate Blvd. Lafayette, LA 70508 | Phil Parker 337-609-1877 | Trade Debt | | | | $1,802,717.72 |
| 4 | Comprehensive Hosp of MS, LLC 200 Corporate Blvd. Lafayette, LA 70508 | David Schillinger, M.D. 800-893-9698 | Trade Debt | | | | $1,303,259.58 |
| 5 | CHSPSC, LLC 4000 Meridian Blvd. Franklin, TN 37067 | Cortney Edmondson 615-465-7686 Cortney_edmondson@chs.net | Trade Debt | | | | $1,201,749.55 |
| 6 | Northwest Medical Center 1530 U.S. Highway 43 Winfield, AL 35594 | Jim Dickinson President | Net Working Capital Proceed | | | | $1,014,835.04 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 1
64903299.1

Case 3:18-bk-05665    Doc 1    Filed 08/24/18    Entered 08/24/18 15:32:16    Desc Main
Document    Page 11 of 14

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 Monroe County Tax Collector P.O. Box 684 301. S. Chestnut St. Aberdeen, MS 39730 | Pat Kirholz 662-369-6484 | Local Property Tax | | | | $929,889.40 |
| 8 Strategic Healthcare Resources 121 Leinart St. Clinton, TN 37716 | Steve Clapp 865-607-9923 | Trade Debt | | | | $766,267.09 |
| 9 CHS dba Shared Services Center-Ft. Smith 4600 Towson Ave. Suite 136 Fort Smith, AR 72901 | Shaun Beggs 479-401-5036 | Trade Debt | | | | $561,573.64 |
| 10 Hospital Housekeeping Systems, Ltd. 216 E. 4th Street Austin, TX 78701 | Bobby Floyd 800-229-2028 | Trade Debt | | | | $471,389.06 |
| 11 Cardinal Health, Incorporated 7000 Cardinal Place Dublin, OH 43017 | Mae Zacarias 866-739-4754, ext 10060 -And- 800-964-5227 | Trade Debt | | | | $460,385.61 . |
| 12 Egerton McAfee Armistead & Davis P.C. 900 South Gay St. Suite 1400 Knoxville, TN 37902 | Stephen McSween 865-546-0500 | Trade Debt | | | | $323,429.38 |
| 13 Owens and Minor 9120 Lockwood Blvd Mechanicsville, VA 23116 | Michelle Thomas 804-723-7626 | Trade Debt | | | | $335,181.80 |
| 14 Panola County Tax Assessor 151 Public Square Suite C Batesville, MS 38606 | David Garner 662-563-6215 | Local Property Taxes | | | | $318,421.12 |
| 15 Brentwood Behavioral Healthcare 3531 E. Lakeland Dr. Flowood, MS 39232 | Alison Buckley 601-936-7817 alison.buckley@uhsinc.com | Trade Debt | | | | $310,000.00 |
| 16 DSI Security Services 600 W. Adams Street Dothan, AL 36302 | Tony Earnest 334-805-3375 | Trade Debt | | | | $309,011.57 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 17 Philips Healthcare 300 Minuteman Rd. Andover, MA 01810 | Bernard DiPerzio 866-472-9100, ext 3670 | Trade Debt | | | | $295,195.21 |
| 18 HHS LLC P O Box 826 San Antonio, TX 78293-0826 | Bobby Floyd 800-229-2028 | Trade Debt | | | | $255,362.40 |
| 19 Johnson and Johnson Healthcare 5972 Collections Center Chicago, IL 60693 | Karen Hurdman 732-699-5714 -And- 800-554-7899 | Trade Debt | | | | $228,575.18 |
| 20 Stryker Orthopaedics 325 Corporate Dr. Mahweh, NJ 07430 | Dawn Catena 201-831-5652 -And- 800-435-0220 | Trade Debt | | | | $217,327.24 |
| 21 Anesthesia Assoc of MS PLLC 2704 W. Oxford Loop, #117 Oxford, MS 38655 | Camille Mitchell 662-550-4299 | Trade Debt | | | | $214,868.91 |
| 22 GE Healthcare IITS USA Corp 15724 Collections Center Chicago, IL 60693 | 800-581-5600 | Trade Debt | | | | $214,706.31 |
| 23 Intuitive Surgical Inc. 1266 Kifer Road Sunnyvale, CA 94086-5206 | Isabelle Nguyen 408-523-2255 | Trade Debt | | | | $210,928.30 |
| 24 CDW Computer Centers Inc. 75 Remittance Drive Suite 1515 Chicago, IL 60675 | Matt Major 312-705-8875 | Trade Debt | | | | $180,965.49 |
| 25 3M Health Information Systems 575 West Murray Blvd. Murray, UT 84123-4611 | Brian Murdock 801-265-4610 | Trade Debt | | | | $180,016.10 |
| 26 Medtronic USA Inc. 710 Medtronic Pkwy Minneapolis, MN 55432 | Aida Shawish 508-452-1629 | Trade Debt | | | | $179,532.33 |
| 27 Stat Imaging Solutions LLC 187 Country Pl Pkwy Pearl, MS 39208 | 321-206-8419 #2 billing@statisllc.com | Trade Debt | | | | $178,996.41 |
| 28 HHS Culinary and Nutrition PO Box 2267 San Antonio, TX 78298 | Bobby Floyd 800-229-2028 | Trade Debt | | | | $174,157.50 |

Official Form 204 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders page3
64903299.1
Case 3:18-bk-05665 Doc 1 Filed 08/24/18 Entered 08/24/18 15:32:16 Desc Main Document Page 13 of 14

| Debtor | Curae Health Inc., et.al | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim |
|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |

| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 29 | Morrison Management Specialists, Inc. 400 Northridge Rd., #600 Atlanta, GA 30350 | Brady Pates 662-721-0198 | Trade Debt | | | | $173,253.40 |
| 30 | Mid South Rehab Services, Inc. 711 Avignon Dr. Ridgeland, MS 39157 | Walt Rogers 601-813-7205 wrogers@midsouthrehab.com | Trade Debt | | | | $172,400.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page4
64903299.1

Case 3:18-bk-05665    Doc 1    Filed 08/24/18    Entered 08/24/18 15:32:16    Desc Main
Document    Page 14 of 14