IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Curae Health, Inc., *et al.*[1] | ) | Case No. 18-05665 |
| | ) | |
| | ) | |
| Debtors. | ) | Judge Walker |
| | ) | Jointly Administered |

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE

Pursuant to 11 U.S.C. § 1102, the United States Trustee hereby appoints and gives notice of the appointment of the following members to the Official Unsecured Creditors Committee.

Bill Anderson
MEDHOST, Inc.
6550 Carothers Parkway, Ste 160
Franklin, TN 37067
651-761-1841
Bill.anderson@medhost.com

Bill Ray and Peggy Jennings
Owens Minor
9120 Lockwood Blvd.
Mechanicsville, VA 23116
804-723-7532 (Ray)/ 804-723-7932 (Jennings)
Bill.ray@ownens-minor.com; peggy.jennings@owens-minor.com

Jerry Carpenter
Morrison Management Specialists, Inc.
4721 Morrison Drive, Suite 300
Mobile, AL 36609
251-461-3020
JerryCarpenter@iammorrison.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Curae Health, Inc. (5638); Amory Regional Medical Center, Inc. (2640); Batesville Regional Medical Center, Inc. (7929); and Clarksdale Regional Medical Center, Inc. (4755); Amory Regional Physicians, LLC (5044); Batesville Regional Physicians, LLC (4952); Clarksdale Regional Physicians, LLC (5311).

Brad Phister
Cardinal Health 110, LLC; Cardinal Health 200, LLC; Cardinal Health 414, LLC
7000 Cardinal Place
Dublin, OH 43017
614-553-3315
Brad.Phister@Cardinalhealth.com

Eddie Sorrells
Dothan Security Inc.
600 W. Adams St.
Dothan, AL 36303
334-793-5720
esorrells@dsisecurity.com

Cliff Haigler
Crown Health Care Laundry Services
25 W. Cedar Street, Suite 405
Pensacula, FL 22502
850-972-2413
CliffH@CrownLaundry.com

Bob Perkins
Boston Scientific Corporation
300 Boston Scientific Way, M-71
Marborough, MA 01752
508-382-0256
Robert.perkins@bsci.com


The US Trustee has been advised that the chairperson for the committee is Bill Anderson and that contact with the committee should be at his email provided above.

    Respectfully Submitted,

    PAUL RANDLOPH
    ACTING UNITED STATES TRUSTEE, REGION 8

    /s/ Megan Seliber
    Megan Seliber
    Trial Attorney
    701 Broadway, Suite 318
    Nashville, TN  37203
    Phone 615-736-2254/615-736-2260 (fax)
    megan.seliber@usdoj.gov

## CERTIFICATE OF SERVICE

   I hereby certify that I forwarded a true and correct copy of this Appointment by electronic notification to the Debtor's Counsel, to the members of the committee and all registered ECF users who have entered a notice of appearance, on this 6th day of September, 2018.

                /s/ Megan Seliber
                Megan Seliber, Trial Attorney