Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/21/2018__          ✗ _~~signature~~_____
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

Stephen Clapp
Printed name

President
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
                                                                                    (State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**         $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number
   3.1. _____  _____  ____ ____ ____ ____  $_____
   3.2. _____  _____  ____ ____ ____ ____  $_____

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1._____  $_____
   7.2._____  $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____

8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:   _____ – _____ = ........➔   $_____

           face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........➔   $_____

           face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____

14.2._____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:         % of ownership:

15.1._____   _____%   _____   $_____

15.2._____   _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____

16.2._____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____     Valuation method _____     Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71. **Notes receivable**

Description (include name of obligor)

_____ _____ − _____ = ➜   $_____
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |
| _____ | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested   $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____   Case number *(if known)* _____
         Name

---

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____ | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................➔ | | $_____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $_____ | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $_____ | **+** 91b. $_____ |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................. $_____

Case 3:18-bk-05665   Doc 224   Filed 09/21/18   Entered 09/21/18 15:48:22   Desc Main
Document   Page 9 of 35

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Curae Health, Inc., *et al.*[1] | ) | Case No. 18-05665 |
| | ) | |
| 1721 Midpark Road, Suite B200 | ) | Judge Walker |
| Knoxville, TN 37921 | ) | |
| Debtors. | ) | Jointly Administered |

## Attachments for Curae Health Inc.

### Part 1.3

| Name of Institution | Type of Account | Last 4 Digits | Current Value |
|---|---|---|---|
| ServisFirst | Curae Operating Account | 2737 | $ 878,533 |
| ServisFirst | Payroll | 2752 | $ 386 |
| Regions Bank | NW AL Real Estate | 8218 | $ 122,648 |
| ServisFirst | USDA Reserve | 1020 | $ 3,877 |
| ServisFirst | Collateral | 2745 | $ 949,302 |
| ServisFirst | Foundation | 1726 | $ 14,800 |

### Part 2.7

| Description | Amount |
|---|---|
| MidPark Rd Security Deposit | $ 5,176 |
| CHCT Security Deposit - AL MOB's | $ 140,997 |
| CHCT Security Deposit - Amory, MS MOB | $ 20,616 |
| CHCT Security Deposit - Amory, MS MOB | $ 32,444 |
| CHCT Security Deposit - Amory, MS MOB | $ 11,566 |
| CHCT Security Deposit - Amory, MS MOB | $ 3,950 |
| CHCT Security Deposit - Batesville, MS MOB | $ 10,833 |
| CHCT Security Deposit - Amory, MS MOB | $ 21,137 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Curae Health, Inc. (5638); Amory Regional Medical Center, Inc. (2640); Batesville Regional Medical Center, Inc. (7929); and Clarksdale Regional Medical Center, Inc. (4755); Amory Regional Physicians, LLC (5044); Batesville Regional Physicians, LLC (4952); Clarksdale Regional Physicians, LLC (5311).

## Part 2.8

| Description | Amount | |
|---|---|---|
| USI Insurance Services GL/PL/D&O/Umbrella Ins. | $ | 145,422 |
| AFCO GL/PL/D&O/Umbrella Ins. | $ | 344,141 |
| MagMutual Workers Comp | $ | (71,554) |
| Cate-Russell Insurance Property Ins | $ | 70,000 |
| Polsinelli Retainer | $ | 100,000 |
| GlassRatner Retainer | $ | 50,000 |
| BMC Group Retainer | $ | 5,000 |

## Part 4.15

| Name of Entity | % of Ownership | Valuation Method | Current Value |
|---|---|---|---|
| Amory Regional Medical Center, Inc. | 100% | | Unknown |
| Batesville Regional Medical Center, Inc. | 100% | | Unknown |
| Clarksdale Regional Medical Center, Inc. | 100% | | Unknown |
| Russellville Hospital, Inc. | 100% | | Unknown |

Case 3:18-bk-05665   Doc 224   Filed 09/21/18   Entered 09/21/18 15:48:22   Desc Main
Document    Page 12 of 35

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| _____ | _____ $_____ | $ 68,838,118 |

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred  _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| _____ | _____ $_____ | $ 68,838,118 |

Creditor's mailing address
_____
_____

Describe the lien
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred  _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
$_____   55,435,195.66

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name

Midcap Funding IV Trust

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

❑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

        _____

    ❑ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

❑ No

❑ Yes

Is anyone else liable on this claim?

❑ No

❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

$_____    $20,617,124

---

**2.4** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

❑ No

❑ Yes. Have you already specified the relative priority?

    ❑ No. Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

        _____

    ❑ Yes. The relative priority of creditors is specified on lines ___2.3

Describe debtor's property that is subject to a lien

_____

_____

_____

Describe the lien

_____

Is the creditor an insider or related party?

❑ No

❑ Yes

Is anyone else liable on this claim?

❑ No

❑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

❑ Contingent

❑ Unliquidated

❑ Disputed

$_____    $86,171,532

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page ___ of ___

Debtor _____     Case number (*if known*)_____
             Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 150 Third Avenue South, Suite 2800<br>Nashville, TN 37201 | Line 2. __ and 2.2 | __ __ __ __ |
| 511 Union Street, Suite 2700<br>Nashville, TN 37219 | Line 2. __ | __ __ __ __ |
| 1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203 | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Form 206D          Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

**Fill in this information to identify the case:**

Debtor name **Curae Health, Inc.**

United States Bankruptcy Court for the: **Middle** District of **Tennessee**

(State)

Case number (If known): **18-05665**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | All Creditors with PRIORITY Unsecured Claims |

**1. Do any creditors have priority unsecured claims?**

☑ No. Go to Part 2

☐ Yes

| | | Total Claim | Priority Amount |

2. | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Curae Health, Inc.**

Debtor Name

**18-05665**

Case Number (if known)

<span style="background:black;color:white">Part 2:</span> **All Creditors with NONPRIORITY Unsecured Claims**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180,016.10 |
|---|---|---|---|

s1369
3M HEALTH INFORMATION SYSTEMS
BRIAN MURDOCK
575 WEST MURRAY BOULEVARD
MURRAY, UT 84123-4611

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,295.70 |
|---|---|---|---|

s1370
BAKER DONELSON
BEATRICE RYAN
SUITE 800, 211 COMMERCE ST.
NASHVILLE, TN 37201

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.25 |
|---|---|---|---|

s1371
BRANDON ROBBINS
ADDRESS UNAVAILABLE AT TIME OF FILING

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **EMPLOYEE REIMBURSEMENT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,174.00 |
|---|---|---|---|

s1372
BRIGHTREE LLC
LISA CASSIDY
1735 NORTH BROWN ROAD,SUITE 500
LAWRENCEVILLE, GA 30043

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

**Curae Health, Inc.**

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,778.62 |

s1373    CDW GOVERNMENT, INC.
CAYLA ROON
75 REMITTANCE DR
SUITE 1515
CHICAGO, IL 60675-1515

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,003.83 |

s1374    CHANGE HEALTHCARE SOLUTIONS, LLC
ZULMA RIVERA
3055 LEBANON PIKE
SUITE 1000
NASHVILLE, TN 37214

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75,540.69 |

s1375    CHCT MISSISSIPPI, LLC
SUITE 150, 3326 ASPEN GROVE DR
FRANKLIN, TN 37067

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $561,573.64 |

s1376    CHS DBA/SHARED SERVICES CENTER-FT SMITH
SHAUN BEGGS
4600 TOWSON AVE
SUITE 136
FORT SMITH, AR 72901

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.9**    **Nonpriority creditor's name and mailing address**

**s1377**    **COMCAST BUSINESS**
PO BOX 37601
PHILADELPHIA, PA 19101-0601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE DEBT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$225.31

---

**3.10**    **Nonpriority creditor's name and mailing address**

**s1378**    **COMOS FACILITY SUPPORT, INC.**
MIKE HOPKINS
815 NORTH HERRON
KNOXVILLE, TN 37950-2282

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE DEBT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,282.00

---

**3.11**    **Nonpriority creditor's name and mailing address**

**s1400**    **CSC**
PO BOX 13397
PHILADELPHIA, PA 19101-3397

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE DEBT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$456.00

---

**3.12**    **Nonpriority creditor's name and mailing address**

**s1379**    **ECLINICAL WORKS LLC**
LORETTA GALLIGAN
TWO TECHNOLOGY DR
WESTBOROUGH, MA 01581

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** TRADE DEBT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$18,091.00

---

**Curae Health, Inc.**
_____
Debtor Name

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $311,251.96 |

| **s1380** | **EGERTON MCAFEE ARMISTEAD & DAVIS P C**
**KATY HUMPHREY**
**900 SOUTH GAY ST.**
**SUITE 1400**
**KNOXVILLE, TN  37902** | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

Basis for the claim:    TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,662.50 |

| **s1381** | **EPSTEIN BECKER GREEN, P C**
**TRAVIS LLOYD**
**ONE GATEWAY CENTER**
**13TH FLOOR**
**NEWARK, NJ  07102-5311** | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

Basis for the claim:    TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $42,500.00 |

| **s1382** | **EXPERIAN HEALTH, INC.**
**ADDRESS UNAVAILABLE AT TIME OF FILING** | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

Basis for the claim:    TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,520.00 |

| **s1383** | **FLEXENTIAL**
**ADDRESS UNAVAILABLE AT TIME OF FILING** | Check all that apply. |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

Basis for the claim:    TRADE DEBT

**Is the claim subject to offset?**
☑ No
☐ Yes

**Curae Health, Inc.**

**18-05665**

**Part 2:** **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,195.00 |

s1384    **HEALTHCARE FINANCIAL MANAGEMENT ASSOC**
**3 WESTBROOK CORPORATE CENTER**
**SUITE 600**
**WESTCHESTER, IL 60154**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,154.15 |

s1385    **HORNE LLP**
**DEPT# 40263**
**PO BOX 740209**
**ATLANTA, GA 30374-0209**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.00 |

s1386    **IN10SITY INTERACTIVE, LLC**
**LANA RINKER**
**14488 OLD STAGE RD**
**LENOIR CITY, TN 37772**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| | | |
|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.50 |

s1401    **J & F MECHANICAL, INC.**
**4589 RUTLEDGE PIKE**
**RUTLEDGE, TN 37861**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred

Basis for the claim: **TRADE DEBT**

Last 4 digits of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Curae Health, Inc. | 18-05665 |
|---|---|
| Debtor Name | Case Number (if known) |

<div style="background:black;color:white">**Part 2:**</div> **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,410.00 |
|---|---|---|---|
| s1387 | KRONOS<br>DARIEN BOND<br>900 CHELMSFORD ST.<br>LOWELL, MA 01851 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE DEBT | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $92,139.99 |
|---|---|---|---|
| s1388 | MEDHOST<br>TARA MAULDIN<br>6550 CAROTHERS PARKWAY, STE 160<br>FRANKLIN, TN 37067 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE DEBT | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,200.00 |
|---|---|---|---|
| s1389 | MEDITRACT<br>EVAN BRUNS<br>736 MARKET STREET<br>SUITE 1100<br>CHATTANOOGA, TN 37402 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE DEBT | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,881.21 |
|---|---|---|---|
| s1390 | MILLIMAN<br>ADDRESS UNAVAILABLE AT TIME OF FILING | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: TRADE DEBT | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

---

**Curae Health, Inc.**
_____
Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,651.89 |
|---|---|---|---|

**s1391** MUTUAL OF OMAHA
LACEY LAGONI
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA, NE  68103-2147

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:   TRADE DEBT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.15 |
|---|---|---|---|

**s1392** POLESTAR BENEFITS INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:   TRADE DEBT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,037.55 |
|---|---|---|---|

**s1393** REHAB RESOURCES & CONSULTING INC.
ADDRESS UNAVAILABLE AT TIME OF FILING

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:   TRADE DEBT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,787.99 |
|---|---|---|---|

**s1394** RING CENTRAL
REGINE DELA CRUZ;
RINGCENTRAL INC.
DEPT CH 19585
PALATINE, IL  60055-9585

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:   TRADE DEBT

Is the claim subject to offset?
- ☑ No
- ☐ Yes

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

**Amount of Claim**

**3.29** **Nonpriority creditor's name and mailing address**
s1395 **STAPLES BUSINESS ADVANTAGE**
**ADDRESS UNAVAILABLE AT TIME OF FILING**

**As of the petition filing date, the claim is:** $770.68
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** **TRADE DEBT**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
s1396 **THE SSI GROUP, LLC**
**ADDRESS UNAVAILABLE AT TIME OF FILING**

**As of the petition filing date, the claim is:** $625.00
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** **TRADE DEBT**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.31** **Nonpriority creditor's name and mailing address**
s1397 **THE USF GROUP, INC.**
**ADDRESS UNAVAILABLE AT TIME OF FILING**

**As of the petition filing date, the claim is:** $497.29
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** **TRADE DEBT**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.32** **Nonpriority creditor's name and mailing address**
s1398 **VAR TECHNOLOGY FINANCE**
**2330 INTERSTATE 30**
**MESQUITE, TX 75150**

**As of the petition filing date, the claim is:** $3,512.63
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Basis for the claim:** **TRADE DEBT**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**Curae Health, Inc.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,445.74 |
| --- | --- | --- | --- |

s1399      YOUR CARE UNIVERSE INC
TARA MAULDIN
6550 CAROTHERS PARKWAY
SUITE 160
FRANKLIN, TN 37067

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Basis for the claim:   TRADE DEBT

Is the claim subject to offset?
☑ No
☐ Yes

**Curae Health, Inc.**

Debtor Name

| Part 3: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>TIMOTHY M. LUPINACCI<br>420 20TH STREET NORTH, SUITE 1400,<br>BIRMINGHAM, AL 35203 | s1375 | |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC<br>ERNO D. LINDNER, JUSTIN SVEADAS<br>633 CHESTNUT STREET, SUITE 1900<br>CHATTANOOGA, TN 37450 | s1375 | |

**Curae Health, Inc.**

Debtor Name

18-05665

Case Number (if known)

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | **Total of Claim Amounts** |
|---|---|

**5a. Total Claims from Part 1**

5a. $0.00

**5b. Total Claims from Part 2**

5b. + $1,589,659.37

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c. $1,589,659.37

**Fill in this information to identify the case:**

Debtor name   Curae Health, Inc.

United States Bankruptcy Court for the:   Nashville          District of   Tennessee
                                                                          (State of)
Case Number (if known):   18-05665          Chapter   11

☐ Check if this is an amended filing

## Official Form 206G

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | 3M<br>575 WEST MURRAY BLVD<br>MURRAY, UT 84123-4611 |
| | State the term remaining | EXPIRES 5/21/2021 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ABBOTT LABORATORIES<br>100 CUMMINGS CENTER DR<br>BEVERLY, MA 01915 |
| | State the term remaining | EXPIRES 7/23/2023 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE<br>FILTERED WATER SYSTEM | AQUAPURE WATER SYSTEMS, LLC<br>PO BOX 5810<br>HUNTSVILLE, AL 35814 |
| | State the term remaining | MONTH-TO-MONTH | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | ATHENA<br>311 ARSENAL ST<br>WATERTOWN, MA 02472 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | BLUECROSS BLUESHIELD<br>1 CAMERON HILL CIRCLE<br>CHATTANOOGA, TN 37402 |
| | State the term remaining | EXPIRES 3/31/2019 | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 6 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | CHANGE HEALTHCARE SOLUTIONS, LLC ZULMA RIVERA 3055 LEBANON PIKE SUITE 1000 NASHVILLE, TN 37214 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 7 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | DELTA DENTAL 240 VENTURE CIRCLE NASHVILLE, TN 37228 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 8 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | EXPERIAN PASSPORT 720 COOL SPRINGS BLVD SUITE 200 FRANKLIN, TN 37067 |
|---|---|---|---|
| | State the term remaining | EXPIRES 6/26/2021 | |
| | List the contract number of any government contract | | |

| 2. 9 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | EYEMED 4000 LUXOTTICA PLACE MASON, OH 45040 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 10 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | GIS 917 CHAPIN ROAD CHAPIN, SC 29036 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 11 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | HEALTHSTREAM 209 10TH AVENUE SOUTH SUITE 450 NASHVILLE, TN 37203 |
|---|---|---|---|
| | State the term remaining | EXPIRES 8/31/2020 | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2. 12**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

HEALTHTRUST
1100 CHARLOTTE AVE SUITE 1100
NASHVILLE, TN 37203

State the term remaining

List the contract number of any government contract

---

**2. 13**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

HS2
4115 NORTH RAVENSWOOD SUITE 101
CHICAGO, IL 60613

State the term remaining

List the contract number of any government contract

---

**2. 14**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

IN10SITY
14488 OLD STAGE RD
LENIOR CITY, TN 37772

State the term remaining

EXPIRES 3/22/2019

List the contract number of any government contract

---

**2. 15**
State what the contract or lease is for and the nature of the debtor's interest

OFFICE EQUIPMENT LEASE
KRONOS BADGE READER - FACILITIES

INTERNATIONAL FINANCE SERVICES
1113 MILWAUKEE AVENUE
SUITE 301
LIBERTYVILLE, IL 60048

State the term remaining

EXPIRES NOVEMBER 2020

List the contract number of any government contract

---

**2. 16**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

INTERQUAL
5995 WINDWARD PARKWAY
ALPHARETTA, GA 30005

State the term remaining

EVERGREEN

List the contract number of any government contract

---

**2. 17**
State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

KRONOS
PO BOX 743208
ATLANTA, GA 30374-3208

State the term remaining

List the contract number of any government contract

---

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2. 18**

State what the contract or lease is for and the nature of the debtor's interest

BENEFIT CONTRACT

LBMC
5250 VIRGINIA WAY
BRENTWOOD, TN 37027

State the term remaining

List the contract number of any government contract

---

**2. 19**

State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

MCKESSON
5995 WINDWARD PARKWAY
ALPHARETTA, GA 30005

State the term remaining

EVERGREEN

List the contract number of any government contract

---

**2. 20**

State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

MEDHOST
6550 CAROTHERS PARKWAY SUITE 100
FRANKLIN, TN 37067

State the term remaining

EXPIRES 7/7/2020

List the contract number of any government contract

---

**2. 21**

State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

MEDICAL INTERACTIVE
1 GALLERIA BLVD #700
METAIRIE, LA 70001

State the term remaining

EXPIRES 1/18/2021

List the contract number of any government contract

---

**2. 22**

State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

MEDITRACT
736 MARKET ST SUITE 1100
CHATTANOOGA, TN 37402

State the term remaining

EXPIRES 6/30/2021

List the contract number of any government contract

---

**2. 23**

State what the contract or lease is for and the nature of the debtor's interest

SERVICE AGREEMENT

MICROSOFT
PO BOX 842103
DALLAS, TX 75284

State the term remaining

EXPIRES 7/10/2019

List the contract number of any government contract

---

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2. 24**

| State what the contract or lease is for and the nature of the debtor's interest | REAL PROPERTY LEASE<br>CORPORATE OFFICE RENT | MIDPARK KNOXVILLE, LLC<br>C/O EMERSONS COMMERCIAL MGMT<br>17776 PRESTON RD, STE 10<br>DALLAS, TX 75252 |
|---|---|---|
| State the term remaining | EXPIRES DECEMBER 2020 | |
| List the contract number of any government contract | | |

**2. 25**

| State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | MILLIMAN<br>1301 FIFTH AVENUE SUITE 3800<br>SEATTLE, WA 98101 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2. 26**

| State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | MUTUAL OF OMAHA<br>MUTUAL OF OMAHA PLAZA<br>OMAHA, NE 68175 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2. 27**

| State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | OPTUM360<br>11000 OPTUM CIRCLE<br>EDEN PRAIRIE, MN 55344 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2. 28**

| State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | PASCAL METRICS<br>1025 THOMAS JEFFERSON STREET NW<br>SUITE EAST<br>WASHINGTON, DC 20007 |
|---|---|---|
| State the term remaining | | |
| List the contract number of any government contract | | |

**2. 29**

| State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | PHARMACY ONESOURCE / WOLTERS KLUWER<br>525 JUNCTION ROAD SUITE 5000<br>MADISON, WI 53717 |
|---|---|---|
| State the term remaining | EXPIRES 5/1/2023 | |
| List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 30 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE EQUIPMENT LEASE POSTAGE MACHINE | PITNEY BOWES 2225 AMERICAN DRIVE NENNAH, WI 54956 |
|---|---|---|---|
| | State the term remaining | EXPIRES MARCH 2020 | |
| | List the contract number of any government contract | | |

| 2. 31 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | POLESTAR 412 JEFFERSON PKWY SUITE 202 LAKE OSWEGO, OR 97035 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 32 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SENTRI7 525 JUNCTION ROAD SUITE 5000 MADISON, WI 53717 |
|---|---|---|---|
| | State the term remaining | EXPIRES 5/1/2023 | |
| | List the contract number of any government contract | | |

| 2. 33 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | SIRIUS COMPUTER SOLUTIONS / NUTANIX 10100 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 34 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | SUN LIFE PO BOX 7247-7184 PHILADELPHIA, PA 19170 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2. 35 | State what the contract or lease is for and the nature of the debtor's interest | BENEFIT CONTRACT | THOMAS AND COMPANY ONE VANTAGE WAY SUITE A-105 NASHVILLE, TN 37228 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**█ Additional Page if Debtor Has More Executory Contracts or Unexpired Lease**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 36 | **State what the contract or lease is for and the nature of the debtor's interest** | BENEFIT CONTRACT | TIS PO BOX 10328 KNOXVILLE, TN 37939 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2. 37 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | TRINISYS 750 OLD HICKORY BLVD NASHVILLE, TN 37027 |
|---|---|---|---|
| | **State the term remaining** | EXPIRES 7/27/2019 | |
| | **List the contract number of any government contract** | | |

| 2. 38 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE EQUIPMENT LEASE NUTANIX SERVER - CORPORATE | VAR TECHNOLOGY FINANCE PO BOX 790448 ST. LOUIS, MO 63179 |
|---|---|---|---|
| | **State the term remaining** | EXPIRES SEPTEMBER 2020 | |
| | **List the contract number of any government contract** | | |

| 2. 39 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | YOURCAREUNIVERSE 6550 CAROTHERS PARKWAY SUITE 100 FRANKLIN, TN 37067 |
|---|---|---|---|
| | **State the term remaining** | EXPIRES 4/30/2022 | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** Amory Regional Medical Center, Inc. | Street / City  State  ZIP Code | Community Health Systems, Inc. | ☐ D ☐ E/F ☐ G |
| **2.2** Amory Regional Medical Center, Inc. | Street / City  State  ZIP Code | | ☐ D ☐ E/F ☐ G |
| **2.3** Batesville Regional Medical Center, Inc. | Street / City  State  ZIP Code | Community Health Systems, Inc. | ☐ D ☐ E/F ☐ G |
| **2.4** Batesville Regional Medical Center, Inc. | Street / City  State  ZIP Code | | ☐ D ☐ E/F ☐ G |
| **2.5** Clarksdale Regional Medical Center, Inc. | Street / City  State  ZIP Code | Community Health Systems, Inc. | ☐ D ☐ E/F ☐ G |
| **2.6** Clarksdale Regional Medical Center, Inc. | Street / City  State  ZIP Code | ServisFirst Bank | ☐ D ☐ E/F ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | Amory Regional Medical Center, Inc | Street _____<br><br>City _____ State _____ ZIP Code _____ | MidCap Funding IV  Trust | ☐ D<br>☐ E/F<br>☐ G |
| 2.8 | Batesville Regional Medical Center, Inc. | Street _____<br><br>City _____ State _____ ZIP Code _____ | MidCap Funding IV  Trust | ☐ D<br>☐ E/F<br>☐ G |
| 2.9 | Clarksdale Regional Medical Center, Inc. | Street _____<br><br>City _____ State _____ ZIP Code _____ | MidCap Funding IV Trust | ☐ D<br>☐ E/F<br>☐ G |
| 2.10 | Amory Regional Physicians, LLC | Street _____<br><br>City _____ State _____ ZIP Code _____ | MidCap Funding IV Trust | ☐ D<br>☐ E/F<br>☐ G |
| 2.11 | Batesville Regional Physicians, LLC | Street _____<br><br>City _____ State _____ ZIP Code _____ | MidCap Funding IV Trust | ☐ D<br>☐ E/F<br>☐ G |
| 2.12 | Clarksdale Regional Physicians, LLC | Street _____<br><br>City _____ State _____ ZIP Code _____ | MidCap Funding IV Trust | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | _____ | Street _____<br><br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.__ | _____ | Street _____<br><br>City _____ State _____ ZIP Code _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |