**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                                  (State)

Case number (If known): _____

❏ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

   ❏ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to   Filing date | ❏ Operating a business<br>❏ Other _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ❏ Operating a business<br>❏ Other _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | ❏ Operating a business<br>❏ Other _____ | $_____ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ❏ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to   Filing date | _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

Debtor _____  Case number (*if known*)_____
       Name

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ❑ None

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
   | 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ❑ None

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
   | 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City    State    ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor _____  Case number (*if known*)_____
       Name

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

❏ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.
_____  _____  _____  $_____
Creditor's name
_____  _____
Street
_____  _____
_____
City    State    ZIP Code

5.2.
_____  _____  _____  $_____
Creditor's name
_____  _____
Street
_____  _____
_____
City    State    ZIP Code

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

❏ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

_____  _____  _____  $_____
Creditor's name
_____  _____
Street
_____
_____  Last 4 digits of account number: XXXX– __ __ __ __
City    State    ZIP Code

## Part 3: Legal Actions or Assignments

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

❏ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

7.1.
**Case title**
_____  _____  _____  ❏ Pending
    Name                       ❏ On appeal
**Case number**     Street     ❏ Concluded
_____  _____
_____
City    State    ZIP Code

7.2.
**Case title**     **Court or agency's name and address**
_____  _____  _____  ❏ Pending
    Name          ❏ On appeal
**Case number**     Street     ❏ Concluded
_____  _____
_____
City    State    ZIP Code

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **3**

Debtor _____  Case number (*if known*)_____
   Name

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____<br>Custodian's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code | _____<br><br>**Case title**<br>_____<br><br>**Case number**<br>_____<br><br>**Date of order or assignment**<br>_____ | $_____<br><br>**Court name and address**<br>_____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City       State      ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Recipient's relationship to debtor**<br>_____ | _____<br><br>_____ | _____ | $_____ |
| 9.2. _____<br>Recipient's name<br>_____<br>Street<br>_____<br>_____<br>City          State     ZIP Code<br><br>**Recipient's relationship to debtor**<br>_____ | _____<br><br>_____ | _____ | $_____ |

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____<br>_____ | _____ | _____ | $_____ |

Debtor _____ Case number (*if known*)_____
         Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1. _____ _____ _____ $_____

**Address**

_____
Street
_____
City          State     ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2. _____ _____ _____ $_____

**Address**

_____
Street
_____
City          State     ZIP Code

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

❏ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

Debtor _____   Case number (*if known*)_____
         Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City     State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City     State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | _____ Street | From _____ | To _____ |
| | _____ City    State    ZIP Code | | |
| 14.2. | _____ Street | From _____ | To _____ |
| | _____ City    State    ZIP Code | | |

Debtor _____ Case number (*if known*)_____
      Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name<br><br>_____ Street<br><br>_____ City  State  ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| 15.2. _____ Facility name<br><br>_____ Street<br><br>_____ City  State  ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
   Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **7**
Case 3:18-bk-05665  Doc 225  Filed 09/21/18  Entered 09/21/18 15:48:51  Desc Main
Document    Page 7 of 19

Debtor _____ Case number (*if known*)_____
       Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❏ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ❏ Checking<br>❏ Savings<br>❏ Money market<br>❏ Brokerage<br>❏ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

❏ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ❏ No<br>❏ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

❏ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City   State   ZIP Code | _____<br>_____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ❏ No<br>❏ Yes |

Debtor _____  Case number (*if known*)_____
         Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❏ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City  State  ZIP Code | _____ _____ _____ | _____ _____ _____ | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

❏ No
❏ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ **Case number** _____ | _____ Name _____ Street _____ _____ City  State  ZIP Code | _____ _____ _____ | ❏ Pending ❏ On appeal ❏ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

❏ No
❏ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City  State  ZIP Code | _____ Name _____ Street _____ _____ City  State  ZIP Code | _____ _____ _____ | _____ |

Debtor _____ Case number (*if known*)_____
        Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    - ❏ No
    - ❏ Yes. Provide details below.

    | **Site name and address** | **Governmental unit name and address** | **Environmental law, if known** | **Date of notice** |
    |---|---|---|---|
    | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | _____ |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
    - ❏ None

    | | **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
    |---|---|---|---|
    | 25.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____ To _____ |
    | 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____ To _____ |
    | 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____ To _____ |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **10**
Case 3:18-bk-05665    Doc 225    Filed 09/21/18    Entered 09/21/18 15:48:51    Desc Main
Document     Page 10 of 19

Debtor _____  Case number (*if known*)_____
      *Name*

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ❏ None

    | Name and address | Dates of service |
    |---|---|
    | 26a.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | From _____ To _____ |
    | 26a.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | From _____ To _____ |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ❏ None

    | Name and address | Dates of service |
    |---|---|
    | 26b.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | From _____ To _____ |
    | 26b.2. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | From _____ To _____ |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ❏ None

    | Name and address | If any books of account and records are unavailable, explain why |
    |---|---|
    | 26c.1. _____ <br> Name <br> _____ <br> Street <br> _____ <br> City     State     ZIP Code | _____ <br> _____ <br> _____ |

Debtor _____  Case number (*if known*)_____
      Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name<br>_____<br>Street<br>_____<br>_____<br>City     State     ZIP Code | _____<br>_____<br>_____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❑ None

**Name and address**

26d.1. _____
Name
_____
Street
_____
_____
City     State     ZIP Code

**Name and address**

26d.2. _____
Name
_____
Street
_____
_____
City     State     ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

❑ No
❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1. _____
Name
_____
Street
_____
_____
City     State     ZIP Code

Debtor _____ Case number (*if known*)_____
      Name

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2. _____
    Name

_____
Street

_____

_____
City                             State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

❑ No
❑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

❑ No
❑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1. _____   _____  _____  _____
     Name

_____
Street

_____                                        _____

_____                                        _____
City                           State        ZIP Code

**Relationship to debtor**                                    _____

_____

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **13**
Case 3:18-bk-05665   Doc 225   Filed 09/21/18   Entered 09/21/18 15:48:51   Desc Main
Document    Page 13 of 19

|  | Name and address of recipient | 15,305.69 | Various | Salary |
|---|---|---|---|---|
| 30.2 | Sarah Moore | | | |
|  | Name | | | |
|  | 111 Lynnview Dr | | | |
|  | Street | | | |
|  | Knoxville  TN  37918 | | | |
|  | City  State  ZIP Code | | | |
|  | **Relationship to debtor** | | | |
|  | Secretary | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
   ☑ No
   ☐ Yes. Identify below.

   | Name of the parent corporation | Employer Identification number of the parent corporation |
   |---|---|
   |  | EIN: __ __ - __ __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
   ☑ No
   ☐ Yes. Identify below.

   | Name of the pension fund | Employer Identification number of the pension fund |
   |---|---|
   |  | EIN: __ __ - __ __ __ __ __ __ __ |

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/21/2018
          MM / DD / YYYY

X  *[signature]*                                 Printed name  Stephen N. Clapp
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| Curae Health, Inc., *et al.*[1] | ) | Case No. 18-05665 |
| | ) | |
| 1721 Midpark Road, Suite B200 | ) | Judge Walker |
| Knoxville, TN 37921 | ) | |
| Debtors. | ) | Jointly Administered |

Part 2, Number 3

| | Creditor's name | Creditors Address | Dates | Total Amount or Value | Reasons for payment or Transfer |
|---|---|---|---|---|---|
| 3.1 | BLUE CROSS OF TN | 1.2 ONE CAMERON HILL CIRCLE CHATTANOOGA, TN 37402 | Various | 2,338,406.79 | Services |
| 3.2 | MEDHOST | 2739 MOMENTUM PLACE CHICAGO, IL 60689 | Various | 1,125,000.00 | Suppliers or Vendors |
| 3.3 | CHARLES SCHWAB | 12401 Research Blvd Bldg 2, AUSA-03-100, Austin, TX 78759 | Various | 968,942.68 | Services |
| 3.4 | DIVISION OF MEDICAID | OFFICE OF ACCOUNTING 550 HIGH STREET, SUITE 1000 JACKSON, MS 39201 | Various | 940,299.00 | Services |
| 3.5 | AFCO | 5600 NORTH RIVER ROAD SUITE 400 ROSEMONT, IL 60018 | Various | 504,799.20 | Services |
| 3.6 | STRATEGIC HEALTHCARE RESOURCES* | 121 LEINART ST. CLINTON, TN 37716 | Various | 490,978.58 | Services |
| 3.7 | SERVISFIRST | 850 Shades Creek Parkway, Suite 200 Birmingham, AL 35209 | Various | 395,994.70 | Secured Debt |
| 3.8 | AMERICAN EXPRESS | PO BOX 650448 DALLAS, TX 75265 | Various | 358,967.07 | Services |
| 3.9 | CHS | ATTN.: TWILA SMITH 4000 MERIDIAN BOULEVARD FRANKLIN, TN 37067 | Various | 334,002.00 | Secured Debt |
| 3.10 | STATE OF ALABAMA MEDICAID | 50 North Ripley Street, Montgomery, AL 36132 | Various | 330,906.75 | Services |
| 3.11 | LIFEPOINT CORPORATE SERVICES | LIFEPOINT HOSPITALS 330 SEVEN SPRINGS WAY BRENTWOOD, TN 37027 | Various | 309,605.57 | Services |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Curae Health, Inc. (5638); Amory Regional Medical Center, Inc. (2640); Batesville Regional Medical Center, Inc. (7929); and Clarksdale Regional Medical Center, Inc. (4755); Amory Regional Physicians, LLC (5044); Batesville Regional Physicians, LLC (4952); Clarksdale Regional Physicians, LLC (5311).

| | | | | | |
|---|---|---|---|---|---|
| 3.12 | POLSINELLI PC | One Atlantic Center, 1201 W Peachtree St NE #1100, Atlanta, GA 30309 | Various | 227,904.00 | Services |
| 3.13 | EGERTON MCAFEE ARMISTEAD & DAV | PO BOX 2047  KNOXVILLE, TN 37901 | Various | 225,108.00 | Services |
| 3.14 | ATHENA HEALTH | 311 ARSENAL ST.  WATERTOWN, MA 02472 | Various | 205,391.08 | Services |
| 3.15 | MUTUAL OF OMAHA | PAYMENT PROCESSING CENTER PO BOX 2147 OMAHA, NE 68103 | Various | 185,463.88 | Suppliers or Vendors |
| 3.16 | CHCT MISSISSIPPI, LLC | PO BOX 305172, DEPT. 123 NASHVILLE, TN 37230 | Various | 150,364.69 | Services |
| 3.17 | BAKER DONELSON | PO BOX 190613  NASHVILLE, TN 37219 | Various | 145,036.57 | Services |
| 3.18 | DELTA DENTAL OF TN | PO BOX 605172 DEPT 35  NASHVILLE, TN 37230 | Various | 110,361.35 | Services |
| 3.19 | MAG MUTUAL INSURANCE COMPANY | PO BOX 52979  ATLANTA, GA 30355 | Various | 108,236.00 | Services |
| 3.20 | TRUVEN HEALTH ANALYTICS | 39353 TREASURY CENTER  CHICAGO, IL 60694 | Various | 105,791.00 | Services |
| 3.21 | 3M HEALTH INFORMATION SYSTEMS | DEPT. 0881 PO BOX 120881 DALLAS, TX 75312 | Various | 85,510.40 | Suppliers or Vendors |
| 3.22 | MIDPARK KNOXVILLE, LLC | C/O EMERSONS COMMERCIAL MANAGEMENT 17776 PRESTON ROAD, STE 100 DALLAS, TX 75252 | Various | 84,444.39 | Suppliers or Vendors |
| 3.23 | GLASS RATNER/B.RILEY FINANCIAL CO. | 3445 Peachtree Rd NE #1225, Atlanta, GA 30326 | Various | 82,209.44 | Services |
| 3.24 | POLESTAR | 412 JEFFERSON PARKWAY, STE 202 LAKE OSWEGO, OR 97035 | Various | 79,059.46 | Suppliers or Vendors |
| 3.25 | CATE-RUSSELL INSURANCE | 415 HIGH STREET  MARYVILLE, TN 37804 | Various | 67,277.84 | Services |
| 3.26 | MEDHOST DIRECT | 2739 MOMENTUM PLACE  CHICAGO, IL 60689 | Various | 64,980.92 | Suppliers or Vendors |
| 3.27 | ECLINICALWORKS LLC | PO BOX 847950  BOSTON, MA 02284 | Various | 60,942.07 | Suppliers or Vendors |
| 3.28 | SUN LIFE FINANCIAL | PO BOX 7247-7184  PHILADELPHIA, PA 19170 | Various | 58,675.79 | Services |
| 3.29 | CDW GOVERNMENT, INC | 75 REMITTANCE DR. SUITE 1515 CHICAGO, IL 60675 | Various | 40,942.33 | Services |
| 3.30 | PGN TECHNOLOGIES, LLC | P.O. BOX 231  LOUISVILLE, TN 37777 | Various | 36,887.71 | Services |
| 3.31 | YOURCAREUNIVERSE INC | 2739 MOMENTUM PLACE  CHICAGO, IL 60689 | Various | 34,629.51 | Suppliers or Vendors |
| 3.32 | KRONOS | PO BOX 743208  ATLANTA, GA 30374 | Various | 34,520.00 | Suppliers or Vendors |
| 3.33 | CHSPSC, LLC | ATTN.: TWILA SMITH 4000 MERIDIAN BOULEVARD FRANKLIN, TN 37067 | Various | 33,317.34 | Services |
| 3.34 | FIDELITY SECURITY LIFE INSURAN | PO BOX 632530  CINCINNATI, OH 45263 | Various | 29,176.31 | Services |
| 3.35 | VAR TECHNOLOGY FINANCE | PO BOX 790448  ST. LOUIS, MO 63179 | Various | 23,002.89 | Suppliers or Vendors |
| 3.36 | COULTER & JUSTUS P.C. | 9717 COGDILL ROAD  KNOXVILLE, TN 37932 | Various | 19,535.00 | Services |

| 3.37 | CBRE, INC. | ATTN.:BANK OF AM LOCKBOX SERVICES PO BOX 281620, LOCATION CODE 4613 ATLANTA, GA 30384 | Various | 19,500.00 | Services |
| --- | --- | --- | --- | --- | --- |
| 3.38 | HEALTH STREAM INC. | PO BOX 102817  ATLANTA, GA 30368 | Various | 18,956.03 | Services |
| 3.39 | EPSTEIN BECKER GREEN, P.C. | 1 GATEWAY CENTER 13TH FLOOR NEWARK, NJ 07102 | Various | 15,400.00 | Services |
| 3.40 | SMITH, PHILLIPS, MITCHELL, SCO | PO DRAWER 1586 695 SHAMROCK DR. BATESVILLE, MS 38606 | Various | 15,000.00 | Services |
| 3.41 | CHANGE HEALTHCARE SOLUTIONS, L | PO BOX 572490  MURRAY, UT 84157 | Various | 14,192.12 | Services |
| 3.42 | TRINISYS | PO BOX 2212  BRENTWOOD, TN 37024 | Various | 12,500.00 | Services |
| 3.43 | RING CENTRAL | RINGCENTRAL INC DEPT CH 19585 PALATINE, IL 60055 | Various | 11,355.93 | Services |
| 3.44 | IN10SITY INTERACTIVE, LLC | 14488 OLD STAGE ROAD  LENOIR CITY, TN 37772 | Various | 10,568.00 | Services |
| 3.45 | HS2 SOLUTIONS, INC. | 2100 MANCHESTER RD., STE 1750 WHEATON, IL 60187 | Various | 8,445.00 | Services |
| 3.46 | MEDITRACT | TRACTMANAGER, INC.-DEPT#2632 PO BOX 11407 BIRMINGHAM, AL 35246 | Various | 7,200.00 | Services |
| 3.47 | BRIGHTREE LLC | 1735 NORTH BROWN ROAD SUITE 500 LAWRENCEVILLE, GA 30043 | Various | 6,522.00 | Suppliers or Vendors |

Part 13, Number 25

| 25.1 | Batesville Regional Medical Center, Inc. 303 Medical Center Dr. Batesville, MS  38606 | Hospital | 81-4067929 | 5/1/17 - Presently owned |
| --- | --- | --- | --- | --- |
| 25.2 | Amory Regional Medical Center, Inc. 1105 Earl Frye Blvd. Amory, MS 38821 | Hospital | 81-4072640 | 5/1/17 - Presently owned |
| 25.3 | Clarksdale Regional Medical Center, Inc. 1970 Hospital Dr. Clarksdale, MS 38614 | Hospital | 81-5064755 | 11/1/17 - Presently owned |
| 25.4 | Amory Regional Physicians, LLC 1107 Earl Frye Blvd, Suite 6 Amory, MS  38821 | Physician Entity | 38-4025044 | 5/1/17 - Presently owned |
| 25.5 | Batesville Regional Physicians, LLC 255 Medical Center Dr, Suite A Batesville, MS  38606 | Physician Entity | 38-4024952 | 5/1/17 - Presently owned |

| | | | | |
|---|---|---|---|---|
| 25.6 | Clarksdale Regional Physicians, LLC<br>580 Friars Point Road<br>Clarksdale, MS 38614 | Physician Entity | 30-0965311 | 11/1/17 - Presently owned |
| 25.7 | Lakeland Community Hospital Inc<br>42030 Highway 195 East<br>Haleyville, AL 35565 | Hospital | 47-2367677 | November 2014 - March 2018 |
| 25.8 | Northwest Medical Center Inc<br>1530 US<br>Highway 43 Winfield, AL 35594 | Hospital | 32-0453405 | November 2014 - May 2018 |
| 25.9 | Russellville Hospital Inc<br>15155 Highway 43 NE<br>Russellville, AL 35653 | Hospital | 47-2378825 | November 2014 - Present |
| 25.10 | Lakeland Physicians LLC<br>42030 Highway 195 East<br>Haleyville, AL 35565 | Physician Practices | 47-2497292 | November 2014 - March 2018 |
| 25.11 | NWMC Winfield Physicians LLC<br>1530 US Highway 43<br>Winfield, AL 35594 | Physician Practices | 47-2498379 | November 2014 - May 2018 |
| 25.12 | Russellville Physicians LLC<br>15155 Highway 43 NE,<br>Russellville, AL 35653 | Physician Practices | 47-2497573 | November 2014 - Present |
| 25.13 | NW Alabama Real Estate LLC<br>121 Leinart St.<br>Clinton, TN 37716 | Real Estate | 47-2497418 | November 2014 - Present |

Part 13, Number 26

| 26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case. | | | |
|---|---|---|---|
| | Name and Address | Dates of Service From | Dates of Service To |
| 26a.1 | Tim Brown, CFO | 12/1/2014 | Present |
| 26a.2 | Scott Tongate, CFO | 5/1/2016 | 1/1/2017 |
| 26a.3 | Steve Horton, Director of Acct. | 11/1/2015 | Present |
| 26a.4 | Glenn McGuire, Director of Acct. | 8/1/2016 | 6/1/2018 |
| 26a.5 | Steven Kyle, Acct. Mgr | 2/1/2015 | Present |
| 26a.6 | Sandy Bumbalough, Staff Acct. | 11/1/2015 | Present |
| 26a.7 | Lisa Scott, Director of Reimbursement | 1/1/2018 | Present |
| 26a.8 | Chelsea Foster, Staff Acct. | 6/1/2017 | 9/1/2018 |

| | | | |
|---|---|---|---|
| 26a.9 | Josh Hall, Staff Acct. | 9/1/2016 | 12/1/2016 |
| 26a.10 | Claire Hawthorne , Staff Acct. | 1/1/2018 | 6/1/2018 |

Part 13, Number 28

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | Steve Clapp | 702 Riverbend Rd. Clinton, TN 37716 | President | NA |
| 28.2 | Tim Brown | 8612 Washington Pike Corryton, TN 37721-3414 | Treasurer | NA |
| 28.3 | Sarah Moore | 111 Lynnview Dr Knoxville, TN 37918 | Secretary | NA |
| 28.4 | Joseph Dawson | 1945 Camden Dr. Maryville, TN 37803 | Board Chairman | NA |
| 28.5 | James Decker | 1908 Chiswick Rd. Knoxville, TN 37922 | Vice Board Chair | NA |
| 28.6 | Christopher Sawyer, MD | 217 Jackson Hills Dr Maryville, TN 37804 | Board Member | NA |
| 28.7 | Anne Swartz | 1123 Anthem View Lane Knoxville, TN 37922 | Board Member | NA |