IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Curae Health, Inc., *et al.*[1] | ) | Case No. 18-05665 |
| | ) | |
| 1721 Midpark Road, Suite B200 | ) | Judge Walker |
| Knoxville, TN 37921 | ) | |
| Debtors. | ) | Jointly Administered |

**AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTORS' DIP FINANCING MOTION AND CASH MANAGEMENT MOTION**

The above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") in these jointly administered bankruptcy cases respectfully submit this amended witness and exhibit list in connection with the hearing (the "**Hearing**") on the *Expedited Motion of Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Scheduling a Final Hearing* (the "**DIP Financing Motion**") [Docket No. 10]; and the *Expedited Motion of Debtors for an Order Authorizing: (I) Continued Use of Existing Cash Management System, including Maintenance of Existing Bank Accounts, Checks, and Business Forms; (II) Suspension of Certain U.S. Trustee Bank Account Requirements; and (III) Continuation of Existing Deposit Practices* (the "**Cash Management Motion**") [Docket No. 7].

    **A.**    **Witness List**

The Debtors identify the following witnesses that may testify in the Hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Curae Health, Inc. (5638); Amory Regional Medical Center, Inc. (2640); Batesville Regional Medical Center, Inc. (7929); and Clarksdale Regional Medical Center, Inc. (4755); Amory Regional Physicians, LLC (5044); Batesville Regional Physicians, LLC (4952); Clarksdale Regional Physicians, LLC (5311).

65660311.1

a. **Stephen Clapp.** Mr. Clapp, on behalf of the Debtors, is expected to testify regarding any and all matters related to the Debtors' DIP Financing Motion and the Cash Management Motion.

b. **Marshall Glade.** Mr. Glade, financial advisor to the Debtors, is expected to testify regarding any and all financial matters related to the Debtors' DIP Financing Motion and the Cash Management Motion.

c. **Brett Robinson**. Mr. Robinson, on behalf of Midcap Financial Trust, is expected to testify regarding any all matters related to the Debtors' DIP Financing Motion.

B. <u>Exhibit List</u>

1. DIP Credit Agreement attached to the DIP Financing Motion as Exhibit A [Docket No. 10];

2. The Budget filed with the Court at Docket No. 250, as amended; and

3. Any other exhibits listed on an objecting parties' Exhibit List.

Dated: October 12, 2018
      Nashville, Tennessee

Respectfully submitted,

**POLSINELLI PC**

 /s/ Michael Malone
Michael Malone
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573
mmalone@polsinelli.com

-and-

David E. Gordon (Admitted *Pro Hac Vice*)
Caryn E. Wang (Admitted *Pro Hac Vice*)
1201 West Peachtree Street NW
Atlanta, Georgia
Telephone: (404) 253-6000
Facsimile: (404) 684-6060

65660311.1

dgordon@polsinelli.com
cewang@polsinelli.com

*Counsel to the Debtors and
Debtors in Possession*

65660311.1