

EXHIBIT

1

tabbies

**Mileage from Clarksdale, MS to nearest Hospital:**

| | | |
|---|---|---|
| #1 | Mileage to Bolivar Medical Center, Cleveland, MS | 38.0 miles |
| #2 | Mileage to Ruleville Health Care Center, Ruleville, MS | 42.0 miles |
| #3 | Mileage to Baptist Memorial Hospital, Oxford, MS | 62.0 miles |
| #4 | Mileage to Baptist Memorial Hospital Desoto, Southaven, MS | 79.0 miles |

\* Map does not show mileage to Batesville, MS since that hospital may or may not be open. Mileage to Batesville, MS is approximately 45 miles.