Northwest Medical Center
For the period 8/24/18 to 9/30/18

|  | 8/24/18 to 9/30/2018 |
|---|---:|
| **REVENUE** | |
| Inpatient Acute | 13,202,193 |
| Outpatient Revenue | 22,629,946 |
| GeroPsych Revenue | - |
| Home Health | - |
| Practice Revenue | - |
| Total Gross Revenue | 35,832,140 |
| **DEDUCTIONS** | |
| Medicare Adjustments | 12,532,003 |
| Medicaid Adjustments | 7,086,496 |
| Commercial/HMO/PPO | 5,399,185 |
| Charity-Uncompensated Care | 44,261 |
| Bad Debt & Other | 6,177,569 |
| Total Deductions | 31,239,514 |
| | |
| Net Patient Revenue | 4,592,626 |
| Other Revenue | 31,354 |
| Total Operating Revenues | 4,623,979 |
| | |
| **OPERATING EXPENSES** | |
| Salaries & Contract Labor | 1,952,752 |
| Employee Benefits | 365,919 |
| Professional Fees | 187,596 |
| Contract Services | 594,740 |
| Supplies and Other | 563,702 |
| Repairs & Maint | 175,414 |
| Rents & Leases | 23,757 |
| Telephone & Utilities | 142,918 |
| Insurance | 121,152 |
| Taxes & Assessments | 413,268 |
| Other operating | 47,714 |
| Total Operating Exp | 4,588,931 |
| | |
| EBITDA | 35,048 |
| **CAPITAL & NON-OPER** | |
| Other (Gain)/Loss | - |
| Depreciation & Amort | 208,004 |
| Interest Expense | 288,909 |
| Management Fees | 82,985 |
| Total Capital/Other | 579,897 |
| | |
| Excess of Rev | $ (544,849) |

**EXHIBIT 2**