UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No.: 3:18-bk-05665 |
| CURAE HEALTH INC., et al.[1] | ) | |
| | ) | Judge Charles Walker |
| 1721 Midpark Road, Suite B200 | ) | |
| Knoxville, TN 37921 | ) | Jointly Administered |
| | ) | |
| Debtors. | | |

## COAHOMA COUNTY WITNESS AND EXHIBIT LIST

Coahoma County, Mississippi ("Coahoma County") states that it may call the following witnesses and present the following exhibits in support of its response and objection (the "Objection," Dkt. No. 356) to the Debtors' Emergency Motion for Entry of Order Authorizing Debtors to (I)(A) Shut Down the Clarksdale Hospital; (B) Reject Unexpired Leases and Contracts or Clarksdale; and (C) Receive Related Relief; or, in the Alternative, (II)(A) Transfer Operations of the Clarksdale Hospital to a New Operator Free and Clear of Any Liens, Claims, or Encumbrances Pursuant to an Operations Transfer Agreement to be Filed with the Court; (B) Assume and Assign the Coahoma County Lease and Certain Other Unexpired Leases and Contracts Requested by the New Operator; and (C) Receive Related Relief (Dkt. No. 314) ("Emergency Motion"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Curae Health, Inc. (5638); Amory Regional Medical Center, Inc. (2640); Batesville Regional Medical Center, Inc. (7929); and Clarksdale Regional Medical Center, Inc. (4755); Amory Regional Physicians, LLC (5044); Batesville Regional Physicians, LLC (4952) Clarksdale Regional Physicians, LLC (5311).
1304159:1

A. Witness List.

1. Paul Pearson, President of Coahoma County Board of Supervisors. Mr. Pearson may testify regarding all matters associated with the Emergency Motion and Objection.

2. Toby Butler, Trilogy Healthcare Solutions, LLC. Mr. Butler may expected to testify regarding the Coahoma County's efforts to locate a new operator for the Clarksdale Hospital.

B. Exhibit List

1. All exhibits to Emergency Motion.

2. Map of nearby hospitals (attached as Exhibit 1 to the Objection)

3. Draft operating report for Clarksdale Hospital (attached as Exhibit 1 to the Objection)

4. Any and all documents identified by other parties.

October 22, 2018                                  Respectfully submitted,

                                                  s/Erika R. Barnes
                                                  Erika R. Barnes (BPR #28628)
                                                  STITES & HARBISON PLLC
                                                  401 Commerce Street, Suite 800
                                                  Nashville, TN 37219
                                                  Telephone: (615) 782-2252
                                                  ebarnes@stites.com
                                                  *Counsel for Coahoma County, Mississippi*

2

1304159:1

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of October, 2018, a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ Erika R. Barnes
Erika R. Barnes
