UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) **Chapter 11** |
| **CURAE HEALTH INC.,** *et al.*[1] | ) Case No.: 3:18-bk-05665 |
| | ) |
| 1721 Midpark Road, Suite B200 | ) Judge Walker |
| Knoxville, TN 37921 | ) |
| | ) **Jointly Administered** |
| Debtors. | ) |

## NOTICE OF STALKING HORSE PURCHASER'S INTENT TO ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that pursuant to the Court's *Order (I) Authorizing and Approving Bidding Procedures for the Sale of Gilmore Medical Center, (II) Authorizing the Sale of Gilmore Medical Center Free and Clear of All Liens, Claims, Encumbrances and Other Interests, (III) Approving Stalking Horse Purchaser, Expense Reimbursement, and Overbid Protections, (IV) Establishing Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (V) Scheduling an Auction, (VI) Scheduling a Hearing and Objection Deadlines with Respect to the Sale of Gilmore Medical Center, (VII) Approving the Form and Manner of Notice Thereof, and (VIII) Granting Related Relief* (Doc. No. 260) (the "Sale Order"), North Mississippi Health Services, Inc. ("NMHS") hereby provides a list, attached hereto as Exhibit A, of all executory contracts and unexpired leases NMHS proposes to assume. NMHS specifically reserves its right, as outlined in the APA, to designate any contract or lease listed on

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Curae Health, Inc. (5638); Amory Regional Medical Center, Inc. (2640); Batesville Regional Medical Center, Inc. (7929); and Clarksdale Regional Medical Center, Inc. (4755); Amory Regional Physicians, LLC (5044); Batesville Regional Physicians, LLC (4952) Clarksdale Regional Physicians, LLC (5311).

the proposed assumed list as one it no longer desires to assume prior to the closing of the transaction.

Respectfully submitted,

/s/David W. Houston, IV
David W. Houston, IV (BPR# 20802)
BURR & FORMAN LLP
222 Second Ave. South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3215
Facsimile: (615) 724-3315
Email: dhouston@burr.com

*Counsel for North Mississippi Health Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2018, a true and correct copy of the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/David W. Houston, IV
David W. Houston, IV (BPR# 20802)