

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Curae Health, Inc., *et al.*[1] ) | Case No. 18-05665 |
| ) | |
| 1721 Midpark Road, Suite B200 ) | Judge Walker |
| Knoxville, TN 37921 ) | |
| Debtors. ) | Jointly Administered |

**EXPEDITED ORDER SETTING HEARING ON DEBTORS' EXPEDITED MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO ENTER INTO THE MEMBER SUBSTITUTION AGREEMENT WITH RESPECT TO THE RUSSELLVILLE HOSPITAL AND (II) GRANTING RELATED RELIEF**

Upon the Motion for Hearing[2] of the above-captioned Chapter 11 Debtors for entry of an order setting an expedited hearing on the Motion; it appearing to the satisfaction of the Court that cause exists to grant the Motion for Hearing, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion for Hearing is GRANTED, as set forth herein.

2. The Court will hold a hearing on Debtors' Motion on November 27, 2018, commencing at 2:00 p.m., Courtroom 2, 701 Broadway, Nashville, TN.

3. Debtors shall serve a copy of this Order in the manner set forth in paragraph 3 of the Motion for Hearing as well as on all appropriate entities and interested parties, including but not limited to government and regulatory agencies at the federal, state and local levels in Alabama and elsewhere, with a vested interest and/or role in effectuating or approving the transfer of ownership of the subject hospital and all such transfer entails. Such service shall be evidenced by a fully executed certificate of service filed prior to the hearing indicating service made no later than November 20, 2018.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Curae Health, Inc. (5638); Amory Regional Medical Center, Inc. (2640); Batesville Regional Medical Center, Inc. (7929); and Clarksdale Regional Medical Center, Inc. (4755); Amory Regional Physicians, LLC (5044); Batesville Regional Physicians, LLC (4952); Clarksdale Regional Physicians, LLC (5311).

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion for Hearing.

**This Order Was Signed And Entered Electronically As Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

**POLSINELLI PC**

*/s/ Michael Malone*
Michael Malone
401 Commerce Street, Suite 900
Nashville, TN 37219
Telephone: (615) 259-1510
Facsimile: (615) 259-1573
mmalone@polsinelli.com

-and-

David E. Gordon (Admitted *Pro Hac Vice*)
Caryn E. Wang (Admitted *Pro Hac Vice*)
1201 West Peachtree Street NW
Atlanta, Georgia
Telephone: (404) 253-6000
Facsimile: (404) 684-6060
dgordon@polsinelli.com
cewang@polsinelli.com

*Counsel to the Debtors and Debtors in Possession*

2

66126481.1

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:18-bk-05665    Doc 467    Filed 11/15/18    Entered 11/15/18 16:48:43    Desc Main
Document      Page 2 of 2